# United States District Court

DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>15346 S SEMINOLE DRIVE, OLATHE, KANSAS | Case No. 21-mj-08086-JPO |

### SEARCH AND SEIZURE WARRANT

TO: Special Agent ROCIO MERE, Office of Special Investigations and any authorized law enforcement officer:

An application by Special Agent Rocio Mere, requests the search of the following property:

**Property to Be Searched**

The property to be searched is **15346 S. Seminole Drive, Olathe, Kansas,** further described as a single two-story home located in a cul-de-sac lot:



*PROPERTY TO BE SEIZED*

All records relating to violations of 18 U.S.C. § 1030 and 1343, those violations involving **GARRETT WEAVER** and occurring after **November 1, 2020** including:

   a. Records and information relating to the mining of Bitcoin and other cryptocurrency;

   b. Records and information related to the acquisition and spending of Bitcoin and other cryptocurrency;

   c. Records and information relating to an unauthorized access of an Office of Special Investigations Computer System;

   d. Records and information showing evidence of occupancy of the PREMISES, including, but not limited to, utility bills, real estate records, insurance records, and/or keys

   e. Records and information relating to the operation of a botnet such as crypto-jacking software, scripts, and malicious code;

   f. Records and information relating to the identity or location of the suspects;

   g. Records and information relating to malicious software;

Computers or storage media used as a means to commit the violations described above, including violations of 18 U.S.C. §§ 1030, fraud and related activity in connection with computer, and 1341, wire fraud.

For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

   h. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

   i. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

   j. evidence of the lack of such malicious software;

   k. evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

l. evidence indicating the computer user's state of mind as it relates to the crime under investigation;

m. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

n. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

o. evidence of the times the COMPUTER was used;

p. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

q. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

r. records of or information about Internet Protocol addresses used by the COMPUTER;

s. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

t. contextual information necessary to understand the evidence described in this attachment.

Routers, modems, and network equipment used to connect computers to the Internet.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

I find that the affidavit, and any recorded testimony, establish probable cause to search and seize the property described above.

**YOU ARE COMMANDED** to execute this warrant on or before May 17, 2021 (not to

exceed 14 days).

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the chambers of the **Honorable James P. O'Hara**, United States Magistrate Judge.

Date and time issued: May  3 , 2021 @  Kansas City   at Kansas City, Kansas

Honorable **James P. O'Hara**
U.S. Magistrate Judge
(Name & Title of Judicial Officer)

*James P. O'Hara*
(Signature of Judicial Officer)

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4 May 21 | 4 May 21 @ 0900 | Garrett Weaver |

**INVENTORY MADE IN THE PRESENCE OF**
SA Jordan Holcombe

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Lenovo Think Center Desktop
Custom PC (main desktop)
Apple Laptop (A2141)
Dell Precesion Laptop Service Tag # 8BDJZ52
Dell Precesion Laptop ST # CMGØN32
5 Rasberry Pi devices.
IPhone 12 promax # F2LDØNV6ØD3Y
    (Model # NG9P3LL-A)
NIC keychange w/ 6 USB Devices

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge's chambers.

Date: 4 May 21

Executing Officer's Signature

SA ROCIO MERE
Printed Name & Title

5